782

Harris, Appellant, *v.* North Star Coal Company.

Argued April 13, 1973. *Kim Darragh,* with him *Meyer, Darragh, Buckler, Bebenek & Eck,* for appellant; *Roger Curran,* with him *Judith A. Brown,* and *Rose, Schmidt and Dixon,* for appellee.

Order affirmed.

Heidel *v.* McDermitt, Appellant.

Argued April 9, 1973. *G. N. Evashavik,* with him *Parker, Evashwick, Brieger & Capone,* for appellant; *Murray S. Love,* with him *Sikov and Love,* for appellee.

Order affirmed.

Hespenheide *v.* Finan et al., Appellants.

Argued April 12, 1973. *James P. McKenna, Jr.,* with him *Frank C. Rayburn,* and *Dickie, McCamey & Chilcot,* for appellants; *Burton C. Duerring,* for appellee.

Order affirmed.

Hespenheide *v.* Finan (et al., Appellant).

 Argued April 12, 1973. *J. Klein,* with him *Frank C. Rayburn,* for appellant; *James P. McKenna, Jr.,* and *Burton C. Duerring,* with them *Dickie, McCamey & Chilcote,* for appellee.

Order affirmed.

## Hunter *v.* Pittsburgh Bridge & Iron Works, Appellant.

 Argued April 9, 1973. *Robert L. Orr,* with him *Wilson & Orr,* for appellant; *Louis M. Tarasi, Jr.,* with him *John A. Conte,* and *Conte, Courtney, Tarasi & Price,* for appellee.

Judgment affirmed.

## Mechenbier, Appellant, *v.* Volkwein.

 Argued April 10, 1973. *Zeno Fritz,* for appellant; *C. C. Gunst, Jr.,* with him *Donaldson, Donaldson & Gunst,* for appellees.

Judgment affirmed.

## Overbrook Savings and Loan Association of Pittsburgh *v.* Werner et ux., Appellant.

 Argued April 11, 1973. *Joseph D. Talarico,* with him *Dane Critchfield,* for appellant; *Frank E. Coho,* with him *Stanley M. Simon,* for appellee.

Order affirmed.